### NESSMITH *v.* PEEPLES.

EVANS, P. J. There was no error in refusing to sanction the filing of the petition for injunction, and in refusing to grant a rule to show cause why an injunction should not be granted.

*Judgment affirmed. All the Justices concur.*

OCTOBER 14, 1914.

Petition for injunction. Before Judge Thomas. Berrien superior court. February 14, 1914.

*Hendricks & Hendricks,* for plaintiff.

*Knight, Chastain & Gaskins,* for defendant.

---

### CLANTON *v.* BATTLE.

EVANS, P. J. There was no abuse of discretion in refusing an interlocutory injunction.           *Judgment affirmed. All the Justices concur.*

OCTOBER 14, 1914.

Petition for injunction. Before Judge Thomas. Colquitt superior court. February 14, 1914.

*J. W. Powell* and *William Story,* for plaintiff.

*Hendricks & Hendricks,* for defendant.